UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREGEN GEERDS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO BAY VIEW INC.,<br><br>        Defendant. | Case No. 19-cv-06465-JST<br><br>**ORDER TO SHOW CAUSE** |

In light of the Court's ruling in *Alvarado v. Mother Jones*, Richard Liebowitz is ordered to show cause why this case should not be dismissed. *See Alvarado v. Mother Jones*, No. 4:19-cv-06417-JST, ECF No. 25.  Liebowitz's response is due June 8, 2020.

**IT IS SO ORDERED.**

Dated: May 28, 2020



JON S. TIGAR
United States District Judge