Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Joergen Geerds

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOERGEN GEERDS, <br><br> Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO BAY VIEW INC., <br><br> Defendant. | CASE NO. 4:19-cv-06465-JST <br><br> **DECLARATION OF GREGORY P. GOONAN IN RESPONSE TO MAY 28, 2020 ORDER TO SHOW CAUSE** <br><br> <u>Judge</u>: Hon. Jon S. Tigar |

I, Gregory P. Goonan, state as follows for my declaration:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am one of the attorneys of record for plaintiff Joergen Geerds ("Plaintiff") in the above-referenced case.

2. I offer this declaration in response to the Order to Show Cause issued by the Court on May 28, 2020 (ECF 27). I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would testify

competently thereto.

3. On December 4, 2019, I filed a notice of appearance on behalf of Plaintiff (ECF 12). Although I did not sign the initial complaint, I am authorized to prosecute this action to final judgment on Plaintiff's behalf in the absence of Richard Liebowitz as counsel.

4. In this case, Defendant has defaulted and Plaintiff has not yet filed a motion for entry default judgment. I am authorized to sign the default motions papers.

5. Plaintiff will suffer prejudice as a result of any dismissal of this case by the Court because he will be compelled to pay a second filing fee of $400, and will also be required to re-serve Defendant in any new action, which is an additional cost. These fees and costs, and the resulting prejudice, can be avoided if the Court allows the case to proceed on the merits.

6. Given that Plaintiff filed an appearance through California counsel in this action almost seven month ago, and is prepared to move forward with me as his lead counsel, I respectfully submit on Plaintiff's behalf that the Court should allow this case to proceed on the merits with my law firm as counsel of record.

7. Based on the Court's ruling in *Alvarado v. Mother Jones, LLC*, 19-cv-6417, Mr. Liebowitz does not oppose the entry of an order terminating his representation in this matter. However, for the reasons set forth in the previous paragraphs, I respectfully submit the Court should not dismiss the action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 8, 2020 at San Diego, California.

/s/ Gregory P. Goonan
Gregory P. Goonan

**DECLARATION OF GREGORY P. GOONAN IN RESPONSE TO MAY 28, 2020 ORDER TO SHOW CAUSE**

2