UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREGEN GEERDS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO BAY VIEW INC.,<br><br>        Defendant. | Case No. 19-cv-06465-JST<br><br>**ORDER RE: ORDER TO SHOW CAUSE AND PRO HAC VICE APPLICATION**<br><br>Re: ECF No. 6, 27 |

The Court has received Gregory P. Goonan's response to its order to show cause why this case should not be dismissed. ECF No. 28. The Court hereby vacates the order to show cause, dated May 28, 2020. ECF No. 27.

In light of the Court's ruling in *Alvarado v. Mother Jones*, Richard Liebowitz's application for pro hac vice admission, ECF No. 6, is DENIED. *See Alvarado v. Mother Jones*, No. 4:19-cv-06417, ECF No. 25.

**IT IS SO ORDERED.**

Dated: June 10, 2020

_____
JON S. TIGAR
United States District Judge