UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREGEN GEERDS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO BAY VIEW INC.,<br><br>        Defendant. | Case No. 19-cv-06465-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 43 |

Pursuant to the Order Granting Motion for Default Judgment signed December 22, 2020, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 12, 2021

Susan Y. Soong
Clerk, United States District Court

Susan Y. Soong
By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR